1014

[No. 24674-1-II. Division Two. August 25, 2000.]

*In the Matter of the Marriage of* RACHELLE A. SKINNER, *Appellant,* and JEFFREY R. SKINNER, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 91-3-00500-9, Edwin L. Poyfair, J., entered April 16, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 44987-7-I. Division One. August 28, 2000.]

JONATHAN A. CLEMENS, *Appellant,* v. THE BOEING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-07286-5, J. Kathleen Learned, J., entered June 25, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Becker, J.

[No. 44847-1-I. Division One. August 28, 2000.]

FABEN POINT NEIGHBORS, ET AL., *Respondents,* v. THE CITY OF MERCER ISLAND, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-27653-3, James Bryan Street, J., entered June 2, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Appelwick, J. Now published at 102 Wn. App. 775.

[No. 44497-2-I. Division One. August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. KERRI ALEXANDER-ROYSTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-06681-1, Janice Niemi, J., entered March 22, 1999. *Affirmed* by unpublished per curiam opinion.